SYSTEMATION, INC., Plaintiff–Appellant,

v.

ENGEL INDUSTRIES, INC., Defendant–Appellee.

No. 01–1135.

United States Court of Appeals, Federal Circuit.

March 27, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Thomas S. EDGINGTON and James H. Morrissey, Appellants,

v.

Richard M. LAWN, Gordon A. Vehar, and Karen L. Wion, Appellees.

No. 01–1185.

United States Court of Appeals, Federal Circuit.

March 26, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).